UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
AZZARI, ALEX J.

Case No.: 19-30666-ABA  
Chapter: 7  
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on April, 14, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. <u>4B</u>. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 313 SWEDESBORO RD., MONROEVILLE NJ 08343<br>(FMV $385,000<br>) |
|---|---|

| Liens on property: | $295,000  Bayview   83,009 Park Bank |
|---|---|

| Amount of equity claimed as exempt: | none |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:         Andrew Sklar, Chapter 7 Trustee

Address:      1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                              Case No. 19-30666-ABA
Alex J. Azzari                                                      Chapter 7
        Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Mar 10, 2020
                               Form ID: pdf905              Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2020.
db             +Alex J. Azzari,    313 Swedesboro Rd.,    Monroeville, NJ 08343-1743
518700327       Bayview Loan Servicing LLC,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
518546178      +Erial Concrete Inc.,    PO Box 309,   Blackwood, NJ 08012-0309
518546179      +Faloni & Associates, LLC,    165 Passiac Avenue, Suite 301B,    Fairfield, NJ 07004-3592
518546183      +Law Office of Brian Duffield,    95 N. Main St.,    Mullica Hill, NJ 08062-9421
518546185      +Lyons Doughty & Veld Huis,    136 Gaither Drive, Suite 100,,    Mount Laurel, NJ 08054-2239
518546187      +NJ Division Of Taxation,    PO Box 269,   50 Barrack St.,    Trenton, NJ 08608-2006
518546188       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
518546189      +Parke Bank,    601 Delsea Drive,   Sewell, NJ 08080-2833
518568527      +Parke Bank,    Romano & Garubo, Counselors at Law,    52 Newton Ave.,    PO Box 456,
                 Woodbury, NJ 08096-7456
518546190       Preferred Credit,    PO Box 1679,   Saint Cloud, MN 56302-1679
518546191      +Ralph Clayton & Sons,    Hedinger & Lawless, LLC,    147 Columbia Turnpike #200,
                 Florham Park, NJ 07932-2199
518546192       Riggins, Inc,    PO Box 150,   Bridgeton, NJ 08302
518546194      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,     P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
518546193      +Salem County Tax Board,    94 Market St.,   Salem, NJ 08079-1914
518546195      +State of New Jersey,    Dept. of Treasury - Division of Taxation,    2 Riverside Dr., Suite 200,
                 Camden, NJ 08103-1013
518569791      +THE BANK OF NEW YORK FKA,    THE BANK OF NEW YORK AS TRUSTEE,    ALDRIDGE PITE,LLP,
                 4375 JUTLAND DR.,SUITE 200,    PO BOX 17933,    SAN DIEGO CA 92177-7921
518546199       Thomas Edison State University,    C/O US Dept. of Labor,    170 S. Independence Mall,
                 Philadelphia, PA 19106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 11 2020 00:40:05     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 11 2020 00:39:59     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518546176       E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 11 2020 00:40:41
                 Bayview Loan Servicing,    62516 Collection Center Drive,    Chicago, IL 60693-0625
518565958      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 11 2020 00:42:17
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518546177      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 11 2020 00:43:14
                 Capital One Bank Usa Na,    PO Box 30281,    Salt Lake City, UT 84130-0281
518569541      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 11 2020 00:42:17     Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518546182       E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 11 2020 00:39:08     Internal Revenue Service,
                 P.O. Box 744,    Special Procedure Branch,    Springfield, NJ 07081
518546184      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 11 2020 00:42:12     LVNV Funding LLC,
                 PO Box 1269,    Greenville, SC 29602-1269
518651026       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 11 2020 00:42:47     LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518609646       E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 11 2020 00:41:54     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518546186       E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 11 2020 00:43:02     Merrick Bank,
                 PO Box 5721,    Hicksville, NY 11802-5721
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Parke Bank,    601 Delsea Drive,   Sewell, NJ 08080-2833
518546181*      Internal Revenue Service,    Po Box 725 Special Procedures Fuction,    Springfield, NJ 07081
518546180*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518643940*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Department of Treasury,
                 Division of Taxation,    PO BOX 245,   TRENTON NJ 08695-0245)
518546198*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Divion of Taxation - Judgment Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
518546197*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Division of Taxation - Judgment Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
```

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Mar 10, 2020
                              Form ID: pdf905            Total Noticed: 29
```

```
           ***** BYPASSED RECIPIENTS (continued) *****
518546196*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,   Division of Taxation - Special Procedure,
                  Judgment Section,   PO Box 245,   Trenton, NJ 08695-0245)
                                                                                             TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2020 at the address(es) listed below:

```
              Andrew   Sklar    on behalf of Trustee Andrew   Sklar andy@sklarlaw.com,
               NJ43@ecfcbis.com;dolores@sklarlaw.com
              Andrew   Sklar    andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing LLC as servicer for The Bank of
               New York Mellon F/K/A The Bank of New York as Trustee Et Al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Heather Lynn   Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Michael F.J. Romano    on behalf of Creditor    Parke Bank mromano@rgalegal.com,
               jromano@rgalegal.com;tyowell@rgalegal.com
              Seymour   Wasserstrum    on behalf of Debtor Alex J. Azzari mylawyer7@aol.com,   ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```