| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (CAMDEN)<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ROMANO GARUBO & ARGENTIERI<br>*Counselors at Law LLC*<br>Michael F.J. Romano, Esquire<br>MR #7160<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br><br>Attorneys for Secured Creditor, Parke Bank | Case No. 19-30666<br><br>Chapter 13<br><br>Judge: Andrew B. Altenburg, Jr.<br><br>**Order Filed on March 24, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| ALEX J. AZZARI<br>dba Azzari Builders, Inc. dba Alessio Azzari, Inc.<br>dba Azzari Developers, LLC dba Artex Concrete<br>Construction Co., Inc.<br>xxx-xx-4652<br><br>                        Debtors | Hearing Date:<br>March 24, 2020 at 10:00 a.m. |

ORDER VACATING STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: March 24, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:   Alex J. Azzari
Case No:  19-30666 ABA
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

Upon the motion of Parke Bank, (hereinafter "Movant"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain real property and waiving the 14-day stay under FRBP 4001(a)(3), as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following real property:

**313 Swedesboro Road, Monroeville, New Jersey 08343.**

It is further ORDERED that the movant may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order in its entirety.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Alex J. Azzari  
    Debtor

Case No. 19-30666-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 24, 2020  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2020.  
db           +Alex J. Azzari,   313 Swedesboro Rd.,   Monroeville, NJ 08343-1743

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2020 at the address(es) listed below:  
       Andrew   Sklar    on behalf of Trustee Andrew   Sklar andy@sklarlaw.com, NJ43@ecfcbis.com  
       Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com  
       Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing LLC as servicer for The Bank of New York Mellon F/K/A The Bank of New York as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Heather   Lynn   Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Michael F.J. Romano    on behalf of Creditor    Parke Bank mromano@rgalegal.com, jromano@rgalegal.com;tyowell@rgalegal.com  
       Seymour   Wasserstrum    on behalf of Debtor Alex J. Azzari mylawyer7@aol.com, ecf@seymourlaw.net  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       TOTAL: 8